UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

GEORGE D. HALL,
    Plaintiff,

v.

**JUDGMENT**

No. 7:16-CV-347-FL

NANCY A. BERRYHILL,
Commissioner of Social Security,
    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 3, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,450.00.

**This Judgment Filed and Entered on May 3, 2018, and Copies To:**

Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)

May 3, 2018
    PETER A. MOORE, JR., CLERK
    /s/ Susan W. Tripp
    (By) Susan W. Tripp, Deputy Clerk